UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IRMA RAMIREZ,  
        Plaintiff(s),  
        v.  
PIZZERIA AVELLINO,  
        Defendant(s).

No. C-13-05117 DMR

**ORDER TO SHOW CAUSE**

On April 9, 2014, this court ordered Plaintiffs to submit a status report by April 18, 2014. To date, Plaintiffs have not submitted a status report. Plaintiffs are ordered to show cause for their failure to respond to the court's order for a status report by **May 9, 2014**, and to simultaneously submit a status report.

IT IS SO ORDERED.

Dated: May 2, 2014

_____  
DONNA M. RYU  
United States Magistrate Judge