1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA   94903
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900
   tfrankovich@disabilitieslaw.com
5
   Attorney For Plaintiffs, DAREN HEATHERLY;
6  and IRMA RAMIREZ

7

8
                    UNITED STATES DISTRICT COURT
9
                    DISTRICT OF CALIFORNIA
10

11 | DAREN HEATHERLY;                    )   **CASE NO. CV-13-5117-DMR**
   | and IRMA RAMIREZ                    )
12 |                                     )
   |                                     )   **STIPULATION OF DISMISSAL AND**
13 |         Plaintiffs,                 )   **[PROPOSED] ORDER THEREON**
   | v.                                  )
14 |                                     )
   |                                     )
15 | PIZZERIA AVELLINO; WOOD              )
   | DRAGON LLC, a California Limited    )
16 | Liability Co.; and BLOOM LIMITED    )
   | PARTNERSHIP, a California Limited   )
17 | Partnership,                        )
   |                                     )
18 |         Defendants.                 )
   |                                     )
19 | _____ )

20

21         The parties, by and through their respective counsel, stipulate to dismissal of this action

22 in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).  Outside of the terms of the

23 Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own

24 costs and attorneys' fees.  The parties further consent to and request that the Court retain

25 jurisdiction over enforcement of the Agreement.  See <u>Kokonen v. Guardian Life Ins. Co.</u>, 511

26 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of

27 settlement agreements).

28

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: June 6, 2014,                THOMAS E. FRANKOVICH
                                    *A PROFESSIONAL LAW CORPORATION*


                                    By: /s/ Thomas E. Frankovich
                                        Thomas E. Frankovich
                                    Attorney for DAREN HEATHERLY;
                                    and IRMA RAMIREZ


Dated: June 6, 2014                 Rochester, Wong & Shepard, APC

                                    By: _____
                                        William R. Shepard
                                    Attorney for Defendants WOOD DRAGON LLC, a
                                    California Limited Liability Co.; and BLOOM
                                    LIMITED PARTNERSHIP, a California Limited
                                    Partnership,


## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary

Dated: ____June 26____, 2014

                                    _____
                                    Honorable Donna M. Ryu
                                    UNITED STATES MAGISTRATE JUDGE