1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA   94903
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900
   tfrankovich@disabilitieslaw.com
5
   Attorney For Plaintiffs, DAREN HEATHERLY;
6  and IRMA RAMIREZ

7

8
                    UNITED STATES DISTRICT COURT
9
                      DISTRICT OF CALIFORNIA
10

11 | DAREN HEATHERLY;              )    **CASE NO. CV-13-5117-DMR**
   | and IRMA RAMIREZ              )
12 |                               )
   |                               )    **STIPULATION OF DISMISSAL AND**
13 |       Plaintiffs,             )    **[PROPOSED] ORDER THEREON**
   | v.                            )
14 |                               )
   |                               )
15 | PIZZERIA AVELLINO; WOOD       )
   | DRAGON LLC, a California Limited )
16 | Liability Co.; and BLOOM LIMITED )
   | PARTNERSHIP, a California Limited )
17 | Partnership,                  )
   |                               )
18 |       Defendants.             )
   |                               )
19 | _____ )

20

21        The parties, by and through their respective counsel, stipulate to dismissal of this action

22 in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).  Outside of the terms of the

23 Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own

24 costs and attorneys' fees.  The parties further consent to and request that the Court retain

25 jurisdiction over enforcement of the Agreement.  See <u>Kokonen v. Guardian Life Ins. Co.</u>, 511

26 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of

27 settlement agreements).

28

1      Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
2 their designated counsel that the above-captioned action become and hereby is dismissed with
3 prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).

4      This stipulation may be executed in counterparts, all of which together shall constitute
5 one original document.

7 Dated: June 6, 2014,            THOMAS E. FRANKOVICH
                                             *A PROFESSIONAL LAW CORPORATION*

9                                      By: */s/ Thomas E. Frankovich*
10                                             Thomas E. Frankovich
                                            Attorney for DAREN HEATHERLY;
                                            and IRMA RAMIREZ

13 Dated: June 6, 2014             Rochester, Wong & Shepard, APC

15                                             By: _____
                                            William R. Shepard
16                                             Attorney for Defendants WOOD DRAGON LLC, a
                                            California Limited Liability Co.; and BLOOM
                                            LIMITED PARTNERSHIP, a California Limited
17                                             Partnership,

19                                       **ORDER**

20      IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to
21 Fed.R.Civ.P.41(a)(2). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the
22 purpose of enforcing the parties' Settlement Agreement and General Release should such
23 enforcement be necessary

24 Dated: ____June 26____, 2014

26                                       Honorable Donna M. Ryu
                                      UNITED STATES MAGISTRATE JUDGE